

# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

Thursday, May 14, 2015

John Hoover
200 Earl Garrett, Suite 202
Kerrville, TX 78028
* DELIVERED VIA E-MAIL *

Wallace T. Ferguson
Ferguson & Hix
P.O. Box 1106
Boerne, TX 78006
* DELIVERED VIA E-MAIL *

RE:   Court of Appeals Number:  04-15-00189-CR, 04-15-00190-CR and 04-15-00191-CR
       Trial Court Case Number:  5623, 5624, snf 5643
       Style:  The State of Texas
             v.
             James Norman Evans

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered causes.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE, CLERK

Carmen De Leon
Deputy Clerk, Ext. 53262



# Fourth Court of Appeals
## San Antonio, Texas

Thursday, May 14, 2015

No. 04-15-00189-CR

The **STATE** of Texas,
Appellant

v.

James Norman **EVANS**,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 5623
Honorable Robert R. Barton, Judge Presiding

## O R D E R

On April 7, 2015, the State filed a motion to consolidate these appeals. The State served the appellee with a copy of the motion, and the appellee has not objected. We agree that, in the interest of efficient administration, they should be consolidated for purposes of briefing and argument.

We, therefore, ORDER Nos. 04-15-00189-CR, 04-11-00190-CR, and 04-11-00191-CR consolidated for purposes of briefing and argument on appeal. The parties must file motions, briefs, and other pleadings as if the appeals were one but put all appeal numbers in the style of the case. However, a record must be filed in each appeal, the record in each case will remain separate and, if supplementation of the record becomes necessary, the supplemental material must be filed in the appeal to which it applies. The cases must be argued together in one brief, as in a single appeal, and if oral argument is requested and granted, the entire case must be argued as a single appeal, with the total time limit for each party equal to the ordinary time limit for a single appeal. The court will dispose of the appeals with the same judgment, opinion, and mandate. This order does not extend the briefing schedule.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of May, 2015.



Keith E. Hottle
Clerk of Court